COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 6/16/23

**FILED**
U.S. District Court
District of Kansas
JUN 16 2023
Clerk, U.S. District Court
By_____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Joshua Hensley,

    Defendant.

Case No. 23-6135-01-GEB

JUDGE: ☑ Birzer ☐ Gale
DEPUTY CLERK: ☑ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Jason Hart
DEFENSE COUNSEL: David Freund
TAPE NO.: 1:59 - 2:08

## PROCEEDINGS

☑ Initial Appearance
☐ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint ☑ Indictment **MD/TN** ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 2 ☐ Forfeiture
☑ Felony ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn     ☑ Examined re: financial status     ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: _____
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☐ Release ordered     ☐ Bond fixed at: $_____     ☐ Continued on present bond/conditions
☑ Oral Motion for temp. det.; granted     ☐ Detention ordered     ☑ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☑ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. ~~Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.~~

Defendant's next appearance: ☐ as directed before Judge _____
                             ☐ per the Scheduling Order of Judge _____
                             ☑ on 6/23/23 at 1:30 ☐ a.m. ☑ p.m. before Judge Birzer
                               for ☑ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____